# U.S. Bankruptcy Court

## Eastern District of Wisconsin

**Claims Register 00–31362**

- *Debtor:* Steven Payton
- *Bankruptcy Petition #:* 00–31362
- *Date filed:* 12/07/00
- *Date terminated:* 06/19/02
- *Assigned to:* Judge Margaret Dee McGarity
- Chapter 13, voluntary, individual, asset,

| | Filed by: <br><br> City of Milwaukee No. 997 <br> City Hall Room 103 <br> 200 East Wells St <br> Milwaukee, WI 53202 | Filed for: <br><br> City of Milwaukee No. 997 <br> City Hall Room 103 <br> 200 East Wells St <br> Milwaukee, WI 53202 |
|---|---|---|
| *Claim Num:* **1** <br><br> *Date Filed:* <br> 12/29/00 <br> *Last Update:* <br> 01/02/01 (mlf ) | | |
| *Nature of claim:* <br> *Filed late:* <br> *Deficiency:* <br> *Unliquidated:* <br> *Duplicate of:* 0 <br> *Duplicate by:* 0 <br> *Amendment of:* 0 <br> *Amended by:* 0 <br> *Order action:* | **Class** / Other (prt) / / / / / **Totals:** | **Amount Claimed** / $4,058.89 / $0.00 / $0.00 / $0.00 / / $4,058.89 | **Amount Allowed** / / / / / $0.00 / $0.00 |


| | Class | Amount Claimed | Amount Allowed |
|---|---|---|---|
| | Other (prt) | $4,058.89 | |
| | | $0.00 | |
| | | $0.00 | |
| | | $0.00 | |
| | | | $0.00 |
| | **Totals:** | $4,058.89 | $0.00 |

*Remark:*

*Description:* sec

| Claim Num: 2 | Filed by: | Filed for: |
|---|---|---|
| Date Filed: 01/29/01 Last Update: 01/31/01 (mlf ) | Credit Acceptance Corporation 25505 W. 12 Mile Road Suite 3000 Southfield, MI 48034 | Credit Acceptance Corporation 25505 W. 12 Mile Road Suite 3000 Southfield, MI 48034 |

| Nature of claim: Filed late: Deficiency: Unliquidated: Duplicate of: 0 Duplicate by: 0 Amendment of: 0 Amended by: 0 Order action: | Class | Amount Claimed | Amount Allowed |
|---|---|---|---|
| | Secured | $8,037.85 | |
| | | $0.00 | |
| | | $0.00 | |
| | | $0.00 | |
| | | | $0.00 |
| | **Totals:** | $8,037.85 | $0.00 |

*Remark:*

*Description:*

| Claim Num: 3 | Filed by: | Filed for: |
|---|---|---|
| Date Filed: 03/19/01 Last Update: 03/20/01 (mlf ) | WMC Mortgage Corporation 338 S. Warminster Road Hatboro, PA 19040–3430 | WMC Mortgage Corporation 338 S. Warminster Road Hatboro, PA 19040–3430 |

| Nature of claim: Filed late: Deficiency: Unliquidated: Duplicate of: 0 Duplicate by: 0 Amendment of: 0 Amended by: 0 Order action: | Class | Amount Claimed | Amount Allowed |
|---|---|---|---|
| | Secured | $49,023.18 | |
| | | $0.00 | |
| | | $0.00 | |
| | | $0.00 | |
| | | | $0.00 |
| | **Totals:** | $49,023.18 | $0.00 |

*Remark:*

*Description:*

| Claim Num: 4 | Filed by: Dept of Treasury, Internal Revenue Svc Internal Revenue Service 310 W Wisconsin Avenue Stop 5301 MIL Milwaukee, WI 53203–2221 | Filed for: Dept of Treasury, Internal Revenue Svc Internal Revenue Service 310 W Wisconsin Avenue Stop 5301 MIL Milwaukee, WI 53203–2221 |
|---|---|---|
| Date Filed: 03/26/01 Last Update: 03/27/01 (mlf ) | | |

*Nature of claim:*
*Filed late:*
*Deficiency:*
*Unliquidated:*
*Duplicate of:* 0
*Duplicate by:* 0
*Amendment of:* 0
*Amended by:* 0
*Order action:*

| Class | Amount Claimed | Amount Allowed |
|---|---|---|
| Priority | $3,027.95 | |
| Unsecured | $826.26 | |
| | $0.00 | |
| | $0.00 | |
| | | $0.00 |
| **Totals:** | **$3,854.21** | **$0.00** |

*Remark:*
*Description:*

| Claim Num: 5 | Filed by: Wisconsin Electric Power Company 333 W Everett St Rm A172 Milwaukee, WI 53201 | Filed for: Wisconsin Electric Power Company 333 W Everett St Rm A172 Milwaukee, WI 53201 |
|---|---|---|
| Date Filed: 04/02/01 Last Update: 04/02/01 (mlf ) | | |

*Nature of claim:*
*Filed late:*
*Deficiency:*
*Unliquidated:*
*Duplicate of:* 0
*Duplicate by:* 0
*Amendment of:* 0
*Amended by:* 0
*Order action:*

| Class | Amount Claimed | Amount Allowed |
|---|---|---|
| Unsecured | $430.40 | |
| | $0.00 | |
| | $0.00 | |
| | $0.00 | |
| | | $0.00 |
| **Totals:** | **$430.40** | **$0.00** |

*Remark:*
*Description:*